IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

------------------------------------------------------X
:
ENERGY INTELLIGENCE GROUP, INC. :
and ENERGY INTELLIGENCE :
GROUP (UK) LIMITED, :          Civil Action No.   1:15-cv-274
:
Plaintiffs, :
:
-against- :          **JURY TRIAL DEMANDED**
:
UNITED REFINING COMPANY :
:
Defendant. :
:
------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1 of the United States District Court for the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

Dated: November 12, 2015       By:   /s/ Mark A. Willard_
                                         Mark A. Willard, Esq.
                                         ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                         600 Grant Street, 44th Floor
                                         Pittsburgh, PA 15219
                                         Telephone: 412-566-6000
                                         mwillard@eckertseamans.com

                                         Robert L. Powley
                                         New York State Bar No. 2467553
                                         (*pro hac vice* motion to be filed)

{J2029265.1}

James M. Gibson
New York State Bar No. 2622629
(*pro hac vice* motion to be filed)
Thomas H. Curtin
New York State Bar No. 2122364
(*pro hac vice* motion to be filed)
David A. Jones
New York State Bar No. 4827358
(*pro hac vice* motion to be filed)
POWLEY & GIBSON, P.C.
304 Hudson Street, Suite 202
New York, New York 10013
Telephone: (212) 226-5054

rlpowley@powleygibson.com
jmgibson@powleygibson.com
thcurtin@powleygibson.com
dajones@powleygibson.com

*Counsel for Plaintiff*

{J2029265.1}