IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

---------------------------------------------------------X
                                            :

ENERGY INTELLIGENCE GROUP, INC.  :
and ENERGY INTELLIGENCE             :
GROUP (UK) LIMITED,                   :      Civil Action No. 1:15-CV-274
                                            :
    Plaintiffs,                              :
                                            :
     -against-                            :      **JURY TRIAL DEMANDED**
                                            :
UNITED REFINING COMPANY         :
                                            :
    Defendant.                            :
                                            :
---------------------------------------------------------X

## PRAECIPE TO ISSUE SUMMONS

                          Respectfully submitted,

Dated: November 13, 2015        By:  /s/ Mark A. Willard
                                            Mark A. Willard, Esq.
                                            PA ID No. 18103
                                            ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                            600 Grant Street, 44th Floor
                                            Pittsburgh, PA 15219
                                            Telephone: 412-566-6000
                                            Facsimile: 412-566-6099
                                            mwillard@eckertseamans.com

                                            Robert L. Powley
                                            New York State Bar No. 2467553
                                            (*pro hac vice* motion to be filed)
                                            James M. Gibson
                                            New York State Bar No. 2622629
                                            (*pro hac vice* motion to be filed)
                                            Thomas H. Curtin
                                            New York State Bar No. 2122364
                                            (*pro hac vice* motion to be filed)
                                            David A. Jones
                                            New York State Bar No. 4827358
                                            (*pro hac vice* motion to be filed)
                                            POWLEY & GIBSON, P.C.

304 Hudson Street, Suite 202
New York, New York 10013
Telephone: (212) 226-5054

rlpowley@powleygibson.com
jmgibson@powleygibson.com
thcurtin@powleygibson.com
dajones@powleygibson.com
*Counsel for Plaintiffs*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED, <br><br> *Plaintiff(s)* <br> v. <br> UNITED REFINING COMPANY <br><br> *Defendant(s)* | Civil Action No. 1:15-CV-274 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United Refining Company
15 Bradley Street
Warren, PA 16365

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mark A. Willard
Eckert, Seamans, Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-274

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc: