IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br>    Plaintiff,<br><br>v.<br><br>UNITED REFINING COMPANY,<br><br>    Defendants. | Civil Action No. 1-15-cv-274-BR |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter the appearance of Darin J. McMullen, Esq. as counsel for Defendants, United Refining Company, with regard to the above-captioned matter.

Date: December 10, 2015

ANDERSON KILL, P.C.

By: _____
Darin J. McMullen, Esq.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
(267) 216-2700
dmcmullen@andersonkill.com

phidocs-234259.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED REFINING COMPANY,<br><br>　　　　　Defendants. | Civil Action No. 1-15-cv-274-BR |

### CERTIFICATE OF SERVICE

I, Darin J. McMullen, hereby certify that a copy of the foregoing Notice of Entry of Appearance was served this date upon the following via the Court's ECF system:

Mark A. Willard, Esq.
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

*Attorneys for Plaintiffs, Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited*

　　　　　　　　　　　　　　　　　ANDERSON KILL, P.C.

Dated:　December 10, 2015　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Darin J. McMullen, Esq.

phidocs-234259.1