IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>    Plaintiffs<br><br>v.<br><br>UNITED REFINING COMPANY,<br><br>    Defendant | Civil Action No. 1-15-cv-274-BR |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 7.2 of the United States District Court for the Western District of Pennsylvania, Plaintiffs, Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited, and Defendant, United Refining Company, through their respective duly authorized counsel, hereby stipulate to the extension of the due date for filing a response to Plaintiffs' Complaint until Monday, January 11, 2016.

Respectfully submitted,

| | |
|---|---|
| /s/ Mark A. Willard<br>Mark A. Willard, Esq.<br>Pa. I.D. No. 18103<br>Eckert Seamans Cherin & Mellott, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br>Telephone: (412) 566-6171<br>Facsimile: (412) 566-6099<br>mwillard@eckertseamans.com<br><br>*Attorneys for Plaintiffs, Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited* | /s/ Darin J. McMullen<br>Darin J. McMullen, Esq.<br>Pa. I.D. No. 78860<br>Anderson Kill, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (267) 216-2708<br>Facsimile: (267) 299-0999<br>dmcmullen@andersonkill.com<br><br>Attorneys for Defendant, United Refining Company |

Dated: December 10, 2015

{J2036328.1}

phidocs-234260.1