IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>    Plaintiffs<br><br>    v.<br><br>UNITED REFINING COMPANY,<br><br>    Defendant. | CIVIL ACTION<br><br>No.: 1-15-cv-274-BR |

**MOTION FOR *PRO HAC VICE* OF KANISHKA AGARWALA**

Kanishka Agarwala, undersigned counsel for United Refining Company, hereby moves that Kanishka Agarwala be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for United Refining Company in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Kanishka Agarwala filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: December 14, 2015

ANDERSON KILL P.C.

By: _____
Kanishka Agarwala
KA2886
1600 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Telephone: (267) 215-2708
Fax: (215) 558-4573
Counsel for Defendant, United Refining Company

phidocs-234293.1