IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>Plaintiffs<br><br>v.<br><br>UNITED REFINING COMPANY,<br><br>Defendant. | CIVIL ACTION<br><br>No.: 1-15-cv-274-BR |

**MOTION FOR *PRO HAC VICE* OF WILLIAM G. PASSANNANTE**

William G. Passannante, undersigned counsel for United Refining Company, hereby moves that William G. Passannante be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for United Refining Company in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of William G. Passannante filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated:  December 21, 2015

ANDERSON KILL P.C.

By: _/s/ William G. Passannante_
William G. Passannante 2345064
1251 Avenue of the Americas
New York, NY  10020
Counsel for Defendant, United Refining Company