UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA - ERIE DIVISION

------------------------------------------------------------ X
ENERGY INTELLIGENCE GROUP, INC.          :
and ENERGY INTELLIGENCE GROUP            :   Civil Action No. 15-cv-00274-BR
(UK) LIMITED,                            :
                                         :
    Plaintiffs,                          :
                                         :
        -against-                       :
                                         :
UNITED REFINING COMPANY,                 :
                                         :
    Defendant.                           :
------------------------------------------------------------ X

## STIPULATION SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**
Select one of the following processes:

  __X__   Mediation
  _____   Early Neutral Evaluation (ENE)
  _____   Court sponsored Binding Arbitration
  _____   Court sponsored Non-binding Arbitration
  _____   Other (please identify process and provider) _____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**II. COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):
      50 % by Plaintiff(s)
      50 % by Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

### III. NEUTRAL

The parties are in the process of evaluating options and agreeing upon a mediator.  The parties will provide the Court with the name of the neutral within fourteen (14) days.

Plaintiffs believe that in order for any mediation to be effective, it is necessary to obtain certain information from Defendant regarding the scope of its use of Plaintiffs' publications.  The parties are attempting to negotiate an exchanged summary of information pursuant to F.R.C.P. Rule 408 in order to allow the formulation of reasonable settlement positions.  Because Defendant's use of Plaintiffs' publications occurred on Defendant's private secure servers, there is no other manner through which Plaintiffs can completely ascertain how its publications were used.  If the parties are unable to reach an agreement on such an informal exchange of information, then written discovery will be necessary before a meaningful mediation can take place.

### IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

For Plaintiff(s):    Mark Wellman, Manager, Intellectual Property; John Hitchcock, Vice President and Managing Director


For Defendant(s):   Barry Klenowski, Counsel, United Refining

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

### V. ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: January 6, 2016        /*Robert L. Powley*/_____
                              Attorney for Plaintiffs


Dated: January 6, 2016        /*Darin J. McMullen*/_____
                              Attorney for Defendant

{J2029024.1}                          2