IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. et al )<br>)<br>Plaintiff(s) )<br>v. )<br>)<br>UNITED REFINING COMPANY )<br>)<br>Defendant(s) ) | Civil Action No. 1:15-cv-00274 |

## REPORT OF NEUTRAL

A  Mediation  session was held in the above captioned matter on  March 8, 2016 .

The case (please check one):
    \_\_\_\_\_ has resolved
    \_\_\_\_\_ has resolved in part (see below)
      X    has not resolved.

The parties request that a follow up conference with the Court should be scheduled within \_\_\_\_\_ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

The parties adjourned the mediation in contemplation of reconvening.

Dated: March 11, 2016      S/ Kenneth J. Benson
                                                    Signature of Neutral

Rev. 09/11