**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA - ERIE DIVISION**

------------------------------------------------------------ X
ENERGY INTELLIGENCE GROUP, INC. :
and ENERGY INTELLIGENCE GROUP : Civil Action No. 15-cv-00274-BR
(UK) LIMITED, :
                  Plaintiffs, :
     -against- :
                        : Hon. Barbara J. Rothstein
UNITED REFINING COMPANY, :
                  Defendant. :
------------------------------------------------------------ X

## NOTICE OF SETTLEMENT

In accordance with the Court's Standing Order No. 7, Plaintiffs hereby submit this Notice of Settlement to notify the Court that the parties have reached a settlement in principle resolving this lawsuit, and request 30 days in which to finalize the necessary settlement documents and to file the dismissal.

Dated: May 11, 2017

                                    s/ *Thomas H. Curtin* _____
                                    Robert L. Powley (*pro hac vice*)
                                    Thomas H. Curtin (*pro hac vice*)
                                    David A. Jones (*pro hac vice*)
                                    POWLEY & GIBSON, P.C.
                                    304 Hudson Street, Suite 202
                                    New York, New York 10013
                                    Telephone: (212) 226-5054
                                    Facsimile: (212) 226-5085
                                    rlpowley@powleygibson.com
                                    thcurtin@powleygibson.com
                                    dajones@powleygibson.com

                                    Mark A. Willard, Esq. (PA ID No. 18103)
                                    ECKERT SEAMANS CHERIN & MELLOTT LLC
                                    600 Grant Street, 44th Floor
                                    Pittsburgh, PA 15219
                                    Telephone: 412-566-6000
                                    Facsimile: 412-566-6099
                                    mwillard@eckertseamans.com

                                    ATTORNEYS FOR PLAINTIFFS

2

**CERTIFICATE OF SERVICE**

       On May 11, 2017 I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Pennsylvania, using the electronic case filing system of the court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

       /s/ *Thomas H. Curtin*
       Thomas H. Curtin