UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA

U. S. Courthouse
17 South Park Row
Erie, PA 16501
www.pawd.uscourts.gov

**ROBERT V. BARTH, JR.**
CLERK OF COURT
412–208–7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: July 31, 2017

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

RE:  **ENERGY INTELLIGENCE GROUP (UK) LIMITED vs. UNITED REFINING COMPANY**
Case Number:  **1:15–CV–00274–BR**

Dear Sir or Madam:

   Enclosed is a copy of the order which terminated the above captioned matter in the United States District Court for the Western District of Pennsylvania.

Sincerely,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ **sdp**
Deputy Clerk

Enclosures